No. 01–9156.  POBLAH *v.* BEATY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–9157.  GOODNOW *v.* GARRAGHTY, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 01–9158.  HUNT *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 01–9160.  HEGWOOD *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9161.  HINKLE *v.* PARSONS, JUDGE, DISTRICT COURT OF TEXAS, 349TH JUDICIAL DISTRICT.  C. A. 5th Cir.  Certiorari denied.

No. 01–9165.  FIELDING *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 01–9166.  GARCIA-DOMINGUEZ *v.* MAHAFFEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–9167.  POIRIER *v.* CASPERSON ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–9168.  HILL *v.* GALAZA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–9169.  GREENMAN *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 01–9170.  FALKIEWICZ *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 01–9171.  FIRMINGHAM *v.* YUKINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9172.  JOYCE *v.* PUGH.  C. A. 4th Cir.  Certiorari denied.

No. 01–9173.  SPROW *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.